UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                                    Case No. 2:16-pt-5
                                                      HON. ROBERT HOLMES BELL

DONALD MARK MYERS, JR.,

        Defendant.
_____/

## ORDER OF DETENTION

Defendant appeared before the undersigned on July 14, 2016 for an initial appearance on a supervised release violation.  The government moved for detention and the Court conducted a detention hearing.

Pursuant to testimony taken and for reasons stated on the record, defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                                   */s/ Timothy P. Greeley*
                                                                  TIMOTHY P. GREELEY
                                                                  UNITED STATES MAGISTRATE JUDGE

Dated: 7/18/2016